This is to advise that on July 12, 2011

Chief Judge Donald C. Pogue

Issued CONFIDENTIAL Slip Op. 11-81

In action

Ct. No. 10-00250

AWP Industries, Inc., et al.,
(Plaintiffs,)

v.

United States,
(Defendant)

and

Dalian Eastfound Metal Products Co., Ltd., et al.,
(Defendant - Intervenors.)